UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-20921-CIV-GRAHAM/TORRES

UNITED STATES OF AMERICA,

vs.

RODNEY UPSHAW

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Statements and Physical Evidence [D.E. 18], and Defendant's Request to have the Court Consider Newly Discovered Evidence Regarding the Credibility of Detective Ryan Howett [D.E. 56].

**THESE MATTERS** were assigned to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 32, 60]. On December 12, 2008, the Magistrate Judge issued a Report recommending that the Motion to Suppress be denied [D.E. 44]. Thereafter, Defendant filed an Objection to the Magistrate's Report, and the Government filed a Response. Defendant then filed a Reply in which he requested a de novo review of the Fourth Amendment issues due to newly discovered evidence relating to Detective Ryan Howett's credibility as a witness. After a status conference held on January 16, 2009, Defendant filed his Request to have the Court Consider Newly Discovered Evidence Regarding the Credibility of

Detective Ryan Howett and the Government filed a Response in Opposition to the Request. On February 17, 2009, Magistrate Judge Torres Granted Defendant's request to reopen the evidentiary portion of the suppression hearing to consider the newly discovered evidence, but denied Defendant's request to modify the December 2, 2008 Report and Recommendation [D.E. 61]. Based on the foregoing, Magistrate Torres reaffirmed his prior recommendation that the Defendant's motion to Suppress be denied. Defendant also filed an Objection to the second Report.

The Court is not persuaded by the arguments proffered by Defendant in his Objections. With respect to the argument that Mr. Bacon's[1] admission to being a convicted felon in a vehicle with a firearm is a statement against penal interest [D.E. 45], the Court notes that Mr. Bacon also told officers that the gun was not his [Transcript, 74:5-16]. Thus, the Court finds that Mr. Bacon's testimony is not a statement against penal interest.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Torres's Reports [D.E. 44 & 61] are **RATIFIED, AFFIRMED and APPROVED** in their entirety. It is further

---

[1] Kelvin Bacon, who was a passenger in the car during the events in question, was a witness for the Defendant during the motion to suppress hearing on November 26, 2008.

**ORDERED AND ADJUDGED** that the Motion to Suppress [D.E. 18] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2009.

                                               s/Donald L. Graham
                                               DONALD L. GRAHAM
                                               UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
     All Counsel of Record